| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Bashant, Cynthia A. | 2. Court or Organization U.S. District Court, Southern District of California | 3. Date of Report 05/02/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2014 to 12/31/2014 |
| 7. Chambers or Office Address 221 W. Broadway San Diego, CA 92101 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Superior Court Judge | State of California, San Diego County |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2000 | California Judges' Retirement System, no control |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bashant, Cynthia A. | 05/02/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | Judicial Salary and other income, State of California | $77,736.74 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Trader Joe's (wages) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bashant, Cynthia A. | 05/02/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bashant, Cynthia A. | 05/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Capitol One Savings Accounts(cash account) | A | Interest | K | T | | | | | |
| 2. Cabrillo Federal Credit Union (cash accounts) | A | Interest | K | T | | | | | |
| 3. Scholarshare College Savings Plan Age-Based Portfolio (18+) | A | Interest | | | Closed | 08/31/14 | J | A | |
| 4. CalHR Savings Plus Asset Allocation Index Fund-Moderat (IRA) | A | Interest | K | T | | | | | |
| 5. Vanguard Growth Index Fund (IRA) | D | Interest | L | T | | | | | |
| 6. iShares Russell 2000 Index Fund (IRA) | D | Interest | L | T | | | | | |
| 7. Allianz NFJ Small Cap Value Fund (IRA) | A | Interest | J | T | | | | | |
| 8. American Funds American Balanced Fund (IRA) | A | Interest | J | T | | | | | |
| 9. SSgA Daily Bond Market Fund (IRA) | A | Interest | J | T | | | | | |
| 10. SSgA S&P 500 Index Fund (IRA) | A | Interest | J | T | | | | | |
| 11. SSgA U.S. Large Cap Growth Opportunities Fund (IRA) | A | Interest | J | T | | | | | |
| 12. Invesco Real Estate Fund (IRA) | A | Interest | J | T | | | | | |
| 13. Fidelity Government Money Market (SPAXX) (IRA) | A | Interest | L | T | Buy | 09/24/14 | O | | |
| 14. Fidelity Government Money Market (IRA) | A | Interest | L | T | Sold (part) | 10/14/14 | O | A | |
| 15. Spartan Extended Mkt Index Investor (FSEMX) (IRA) | D | Interest | J | T | Buy | 10/14/14 | M | | |
| 16. Spartan Extended Mkt Index Investor (IRA) | B | Interest | | | Sold | 11/21/14 | M | D | |
| 17. Spartan Extended Mkt. Index Fund Adv Class (FSEVX) (IRA) | B | Interest | M | T | Buy | 11/21/14 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bashant, Cynthia A. | 05/02/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VIIA Investments and Trusts:   Part VIIB. Income During Reporting Period   Part VIIC Gross Value/Valuation Method Part VIID Transactions During Reporting Period

18. Spartan LN TM Treas. Bnd Investor   B Interest      Buy  10/14/14  L
     (FLBIX) (IRA)          Sold  11/21/14  L B

19. Spartan LN TM Treas. Bnd Adv. Class   B Interest   L  T Buy 11/21/14  L
     (FLBAX) (IRA)

20. Fid. Large Cap Growth Enhanced Index   D Interest   M  T Buy 10/14/14  M
     (FLGEX) (IRA)

21. Fidelity Int'l Enhanced Index Fund   A Interest   K  T Buy 10/14/14  K
     (FIENX)  (IRA)

22.  Fidelity Small Cap Enhanced Index Fund  D Interest   M  T Buy 10/16/14  M
     (FCPEX) (IRA)

23. Spartan Real Estate Index Fund Adv. Class  C Interest   K  T Buy 10/14/14  K
     (FSRVX) (IRA)

24. Spartan Emerging Mkt. Index Fund Investor  None Loss      Buy 10/14/14  K
     (FPEMX) (IRA)          Sold 11/21/14  K None

25. Spartan Emerging Mkt Index Fid. Adv. Class  None Loss  K  T Buy 11/21/14  K
     (FPMAX) (IRA)

26. Fidelity Four in One Index    D Interest   M  T Buy 10/14/14  M
     (FFNOX) (IRA)

| Name of Person Reporting | Date of Report |
|---|---|
| Bashant, Cynthia A. | 05/02/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Cynthia A. Bashant

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544